## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS LOCAL NO. 498 and IRON WORKERS LOCAL NO. 498 PENSION FUND, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 20 CV 50042 |
| v. | ) ) ) | Assigned Judge: Reinhard |
| | ) ) | Magistrate Judge: Jensen |
| MARTIN & COMPANY EXCAVATING, | ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Plaintiffs are hereby voluntarily dismissing this action with prejudice against Defendant, MARTIN & COMPANY EXCAVATING, pursuant to settlement, with each party bearing its own attorneys' fees and costs..

/s/ Michael J. McGuire
Attorney for Plaintiffs


/s/ Jamie S. Cassel
Attorney for Defendant


Michael J. McGuire
ARDC#: 6290180
GREGORIO & MARCO, Ltd.
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343
mmcguire@gregoriolaw.com

8187425_1

STATE OF ILLINOIS)
                        ) SS
COUNTY OF COOK )

       Sonya N. Bain, being first duly sworn on oath, deposes and says that she served the Stipulation of Dismissal by depositing in the U.S. mail at 2 N. LaSalle St., Chicago, IL 60602, a true and correct copy thereof in a sealed envelope addressed to the following person and through the ECF system on the 31st day of August, 2020.

       Ms. Jamie S. Cassel
       Reno & Zahm, LLP
       2902 McFarland Road, Suite 400
       Rockford, IL 61107
       jsc@renozahm.com

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to matters the undersigned certifies as aforesaid that he verily believes the same to be true.

                                              By /s/ Sonya Bain

8187425_1